**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Impulsive Music, et al., | ) | No. MC-11-0015-PHX-FJM |
| Plaintiffs, | ) | **ORDER** |
| vs. | ) | |
| S.R. Sons, Inc., et al., | ) | |
| Defendants. | ) | |
| American Express Company | ) | |
| Garnishee. | ) | |

We have before us plaintiffs' amended motion for judgment against garnishee American Express Company (doc. 14) and the Report and Recommendation, recommending that the motion be granted (doc. 19).

Plaintiffs seek a judgment against garnishee American Express Company for $95.38, derived from funds held by garnishee for defendants (doc. 14). No objections have been filed to the Report and Recommendation. We therefore adopt the recommended disposition under Rule 72(b), Fed. R. Civ. P. (doc. 19). We grant plaintiffs' motion for judgment against garnishee American Express Company in the amount of $ 95.38 (doc. 14).

1    **IT IS ORDERED GRANTING** plaintiffs' motion for judgment against garnishee
2 American Express Company (doc. 14).
3    DATED this 1st day of June, 2011.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -